# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| Mark Stone | FILED COPY: MAY 9, 2008<br>08CV2696   EDA<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE VALDEZ |
| v | |
| Stripe-A-Lot Of America, Inc., d/b/a Stripe-A-Lot Of Ilinois, Inc., Gregg Kay, individually, Dan Davis, individually, and Tim Grueben, individually | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME | |
| **JOHN W. BILLHORN** | |
| SIGNATURE | |
| | |
| FIRM | |
| **BILLHORN LAW FIRM** | |
| STREET ADDRESS | |
| **515 N. State Street / Suite 2200** | |
| CITY/STATE/ZIP | |
| **Chicago, IL 60610** | |
| IDENTIFICATION NUMBER | TELEPHONE NUMBER |
| **ARDC # 6196946** | **(312) 464-1450** |
| FAX NUMBER: | EMAIL ADDRESS: |
| **(312) 464-1459** | jbillhorn@billhornlaw.com |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | X | |

IF THIS IS A CRIMINAL CASE, CHEK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐