# WAIVER OF SERVICE OF SUMMONS

TO: **JOHN W. BILLHORN – ATTORNEY**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the action of

*Mark Stone, versus Stripe-A-Lot Of America, Inc., d/b/a Stripe-A-Lot Of Illinois, Inc., Gregg Kay, individually, Dan Davis, individually, and Tim Gruben, individually,* which is case

(CAPTION OF ACTION)

number 08 CV 2696 ~~08-CV~~, in the United States District Court for the **NORTHERN** District of
(DOCKET #)

**ILLINOIS.** I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

**5/13/2008**, or within 90 days after that date if the request was sent outside the United States.
(Date request was sent)

6/11/08
(DATE)

(SIGNATURE)

PRINTED/TYPEDNAME: Dan Davis

AS _____ OF _____
(TITLE)      (CORPORATE DEFENDANT)