IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARK STONE**<br><br>              Plaintiff<br><br>              v.<br><br>**STRIPE-A-LOT OF AMERICA, INC.,**<br>**D/B/A STRIPE-A-LOT OF ILLINOIS,**<br>**INC., GREGG KAY, INDIVIDUALLY,**<br>**DAN DAVIS, INDIVIDUALLY, AND**<br>**TIM GRUBEN, INDIVIDUALLY**<br><br>              Defendants | N<u>o</u>. 08 CV 2696<br><br>**Honorable Judge Der-Yeghiayan**<br><br><u>*JURY DEMAND*</u><br><br><u>*F.R.C.P. 23 CLASS ACTION DEMAND*</u> |

### NOTICE OF FILING

TO:   Gregg Kay, Dan Davis, and Tim Gruben
       Stripe-A-Lot Of America, Inc.
       2920 E. 24th Road
       Marseilles, IL 61341

       PLEASE TAKE NOTICE that on June 24, 2008 shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Executed Waiver of Service of Defendant Gregg Kay, Stripe A Lot Of America, Dan Davis, and Timothy Guben**, a copy of which is attached hereto.

                                                         s/ John W. Billhorn
                                                         *Electronically Filed 6/24/2008*

                                                         _____
                                                         John W. Billhorn

## CERTIFICATE OF SERVICE

      The undersigned hereby states under oath, that on June 24, 2008 she caused to be served upon the attorneys of record shown above, the pleading referenced herein by depositing in the U.S. Post located at 515 N. State Street, Chicago, IL, postage paid.

      s/ Jodi S. Hoare
      _____
      Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, Illinois 60610
(312) 464-1450