IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STONE ) | |
| ) | Nº. 08 CV 2696 |
| Plaintiff ) | |
| ) | Honorable Judge Der-Yeghiayan |
| v. ) | |
| ) | |
| STRIPE-A-LOT OF AMERICA, INC., ) | |
| D/B/A STRIPE-A-LOT OF ILLINOIS, ) | *JURY DEMAND* |
| INC., GREGG KAY, INDIVIDUALLY, ) | |
| DAN DAVIS, INDIVIDUALLY, AND ) | |
| TIM GRUBEN, INDIVIDUALLY ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S JURISDICTIONAL STATUS REPORT**

**I.   Subject Matter Jurisdiction.**

This is a claim for acts of retaliation prohibited by 29 USC Section 215(a)(3), taken against Plaintiff as a result of filing a FLSA law suit against Defendants in June of 2007. Defendants waived service of summons on May 13, 2008. Defendants' responsive pleading was due July 14, 2008, which to date has not been filed.

**II.   Venue**

Venue lies in the Northern District, Eastern Division of Illinois in that during the relevant time period of Plaintiff's employment with Defendant, Plaintiff was a resident of this district and division, residing in Mendota, La Salle County, Illinois. Defendant is

engaged in business in this district and division, with its local facility located at 2920 E. 24th Rd., Marseilles, La Salle County, Illinois.

                                                  Respectfully submitted,

                                                  *Electronically Filed 7/23/2008*

                                                  s/ John W. Billhorn

                                                  _____

                                                  John W. Billhorn, Attorney for Plaintiff, Mark Stone

John W. Billhorn
Billhorn Law Firm
515 N. State Street, Suite 2200
Chicago, IL 60657
312) 464-1450