IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STONE | ) |
| | ) **No.** 08 CV 2696 |
| Plaintiff | ) |
| | ) **Honorable Judge Der-Yeghiayan** |
| v. | ) |
| | ) |
| STRIPE-A-LOT OF AMERICA, INC., | ) |
| D/B/A STRIPE-A-LOT OF ILLINOIS, | ) *JURY DEMAND* |
| INC., GREGG KAY, INDIVIDUALLY, | ) |
| DAN DAVIS, INDIVIDUALLY, AND | ) |
| TIM GRUBEN, INDIVIDUALLY | ) |
| | ) |
| Defendants | ) |

## NOTICE OF FILING

TO:   Gregg Kay, Dan Davis, and Tim Gruben
      Stripe-A-Lot Of America, Inc.
      2920 E. 24th Road
      Marseilles, IL 61341

   PLEASE TAKE NOTICE that on July 23, 2008 shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Initial Status Report, Plaintiff's Jurisdictional Status Report**, a copy of which is attached hereto.

                                          s/ John W. Billhorn
                                          *Electronically Filed 7/23/2008*
                                          _____
                                          John W. Billhorn

## CERTIFICATE OF SERVICE

      The undersigned hereby states under oath, that on July 23, 2008 she caused to be served upon the party(s) of record shown above, the pleading(s) referenced herein by depositing in the U.S. Post located at 515 N. State Street, Chicago, IL, postage paid.

                                                        s/ Jodi S. Hoare

                                                        Jodi S. Hoare

BILLHORN LAW FIRM  
515 N. State Street / Suite 2200  
Chicago, Illinois 60610  
(312) 464-1450