UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mark Stone
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−02696
                                        Honorable Samuel Der−Yeghiayan
Stripe−A−Lot of America, Inc., et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff's request to continue status hearing is granted. Status hearing reset to 08/06/08 at 9:00 a.m. Status hearing set for 07/29/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.