# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 CV 02696
MARK STONE
    v.

STRIPE-A-LOT OF AMERICA, d/b/a
STRIPE-A-LOT OF ILLINOIS, INC.,
GREGG KAY, Individually, DAN DAVIS
Individually and TIM GRUBEN, Individually

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STRIPE-A-LOT OF AMERICA, d/b/a STRIPE-A-LOT OF ILLINOIS, INC.,
GREGG KAY, DAN DAVIS and TIM GRUBEN, Defendants

| | |
|---|---|
| NAME (Type or print) <br>     ALONZO H. ZAHOUR | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Alonzo H. Zahour | |
| FIRM     LAW OFFICE OF ALONZO H. ZAHOUR | |
| STREET ADDRESS <br>     101 Royce Road, Suite 8 | |
| CITY/STATE/ZIP <br>     Bolingbrook, IL 60440 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>     3099598 | TELEPHONE NUMBER <br>     (630) 759-3631 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☒     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |