## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mark Stone

                                   Plaintiff,

v.                                                    Case No.: 1:08–cv–02696
                                                      Honorable Samuel Der–Yeghiayan

Stripe–A–Lot of America, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

        MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held
and continued to 09/04/08 at 9:00 a.m. Defendants' oral motion for extension of time to
answer or otherwise plead is granted to and including 08/29/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.