## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2696 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Stone vs. Strip-A-Lot of America, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. No one appeared on behalf of the Defendants on the Court's noticed status hearing which was set in open Court on 08/06/08. As stated on the record, Plaintiff's oral motion for Default as to Defendants is granted. Default is hereby entered in favor of the Plaintiff, Mark Stone and against Defendants Stripe-A-Lot of America, Inc, Gregg Kay, Dan Davis, and Tim Gruben. Prove-up hearing set for 11/19/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|